UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Fred A Good and
Julie E. Good

(Enter above the full name of
plaintiff in this action)

v.

Vivian Callaghan

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 2023-SU-001334
(to be supplied by Clerk
of the District Court)

1:24-cv-146

**FILED**
HARRISBURG, PA

JAN 24 2024

PER _____
DEPUTY CLERK

~~COMPLAINT~~ Notice of Removal

1. The ~~plaintiff~~ Defendant  Vivian Callaghan  a citizen of the County of York County  State of Pennsylvania, residing at 6071 Pine Rd Thomasville PA 17364 wishes to file a complaint under Notice of Removal
(give Title No. etc.)

2. The defendant is Fred Good and Julie E. Good 4092 Manchester St Glen Rock PA 17327

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) Defendant, Vivian Callaghan, hereby give notice of Removal from the Lower Court to the US District Court for the Middle District of PA Harrisburg Division, and as grounds therefore state as follows: 1. Defendant is entitled for a fair Trial is a trial which is "conducted fairly, justly and with procedural regularity by an impartial judge. Various Rights associated with a fair trial are explicitly proclaimed in Article 10 of the Universal Declaration of Human Rights, the Sixth Amendment to the US Constitution, and Article 6 of the European Convention of Human Rights, as well as numerous other constitutions and declaration throughout the world. Please see attached Yellow Page.

4. WHEREFORE, ~~plaintiff~~ Defendant prays that the Honorable Court Grant me the right to be heard. Defendant has the right to be heard is essential component of a fair and impartial system of justice. For the above mentioned reasons, ~~The~~ Defendant humbly request to the Honorable Court to remove my case from the Lower Court to the US District Court for the Middle District of PA.

This the 24th day of January 2024.

Respectfully submitted,

Vivian Callaghan
(Signature of ~~Plaintiff~~) Defendant
6071 Pine Rd
Thomasville PA 17364
(223) 284.6748

(*) Civil Case N. 2023-SU-001334

2. Under the PA Code, Chapter 33. Code of Judicial Conduct under Rule 2.6. Ensuring the Right to Be Heard. Defendant, Vivian Callaghan has the right to be heard is essential component of a fair and impartial system of Justice.